CO-386-online
10/03

# United States District Court
# For the District of Columbia

Dynamic Depth, Inc. )
)
)
)
vs   Plaintiff )   Civil Action No. _____
)
Biscom, Inc. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Dynamic Depth, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Dynamic Depth, Inc.  which have any outstanding securities in the hands of the public:

j2 Global Communications, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

456749
BAR IDENTIFICATION NO.

John R. Hutchins
Print Name

Kenyonn & Kenyon LLP, 1500 K Street, NW
Address

Washington, DC  20005
City           State        Zip Code

202-220-4200
Phone Number