# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DYNAMIC DEPTH, INC.<br>6922 Hollywood Boulevard, 5th Floor<br>Los Angeles, CA 90028,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>BISCOM, INC.<br><br>　　　　　　　　Defendant. | Case No. 1:07-cv-1626 (JDB) |

## PLAINTIFF's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

PLEASE TAKE NOTICE that, pursuant to F.R.C.P. 41(a)(1), Plaintiff files this notice that the above-captioned action, in which no answer or motion for summary judgment has been filed by any party, shall be and hereby is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 28, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John Hutchins
　　　　　　　　　　　　　　　　　　John R. Hutchins (DC Bar No. 456749)
　　　　　　　　　　　　　　　　　　KENYON & KENYON LLP
　　　　　　　　　　　　　　　　　　1500 K Street, N.W., Suite 700
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-1257
　　　　　　　　　　　　　　　　　　(202) 220-4200 (telephone)
　　　　　　　　　　　　　　　　　　(202) 220-4201 (facsimile)
　　　　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　　　　Plaintiff DYNAMIC DEPTH, INC.